COM.

v.

SENESTANT, J.

**1311 EDA 2015**

Superior Court of Pennsylvania.

09/01/2017

CP–51–CR–0015924–2013 (Philadelphia)

Affirmed

COM.

v.

DAVIS, O.

**1442 EDA 2016**

Superior Court of Pennsylvania.

09/01/2017

CP–51–CR–0000152–2015, CP–51–CR–0010915–2014 (Philadelphia)

Affirmed

COM.

v.

CLARK, H.

**3507 EDA 2015**

Superior Court of Pennsylvania.

09/01/2017

CP–51–CR–0011008–2013 (Philadelphia)

Affirmed

COM.

v.

PEZZETTI–FUNK, S.

**3369 EDA 2016**

Superior Court of Pennsylvania.

09/01/2017

MC–51–CR–0021627–2016 (Philadelphia)

Reversed/Remanded